IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  December 2, 1999

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

SEA-LAND SERVICE, INC.

vs  CIVIL 98-1982CCC

MONTECILLOS INTERNATIONAL, INC.

By order of the Court, the Motion for Withdrawal of Legal Representation (**docket entry 12**) is GRANTED. Parties to be notified.

⁓ - Secretary